AO 241
(Rev. 10/07)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: First | |
|---|---|---|
| Name (under which you were convicted): | | Docket or Case No.: |
| LAMAR EDWARD WHATLEY | | 14 CR16287 |
| Place of Confinement : Galesburg IL,61402 | Prisoner No.: | |
| Hill Correctional Center P.O.Box 1700 | Y 17653 | |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| LAMAR EDWARD WHATLEY | v. WARDEN WILLIAMS |
| The Attorney General of the State of    ILLINOIS | |

**FILED**

JUN 1 4 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

IN THE CIRCUIT OCURT OF COOK COUNTY,ILLINOIS COUNTY

DEPARTMENT, CRIMINAL DIVISION

(b) Criminal docket or case number (if you know):    14 CR 1628701

2.  (a) Date of the judgment of conviction (if you know):    November 14,2016

(b) Date of sentencing:    11/14/16

3.  Length of sentence:    Extended-term Consecutively 66 years at 85%

4.  In this case, were you convicted on more than one count or of more than one crime?    ☑ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:    ATTEMPT FIRST

DEGREE MURDER AGGRAVATED BATTERY WITH A FIREARM

AGGRAVATED UNLAW USE OF WEAPON BY FELON.

6.  (a) What was your plea? (Check one)

☑ (1)  Not guilty        ☐ (3)  Nolo contendere (no contest)

☐ (2)  Guilty            ☐ (4)  Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

AO 241
(Rev. 10/07)

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☑ No

8.    Did you appeal from the judgment of conviction?

☑ Yes     ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    Appellate court first judicial District

(b) Docket or case number (if you know):    1-16-3179

(c) Result:    Conviction was affirmed by appellate court

(d) Date of result (if you know):    11/04/2020

(e) Citation to the case (if you know):    People v.Spencer.408 ILL.App.3d 1st

(f) Grounds raised:    people v. clark,394 IL.3d 344 1st dist.
Chapman v. California 386 U.S. 18 1967. people v.R.C.;108 ILL.2d
people v. love 2013 IL.App.3d 120113. Stricklnad v.Washington
466 U.S.668 1984. people v. hyloand 2012 IL.App 1st 110966.
In Re Winship,397 U.S. 358 1970. people v. miller 346 IL.App
3d 972 2d dist.2004. Arizona v.Gant,556 U.S.332 2009.

(g) Did you seek further review by a higher state court?    ☑ Yes     ☐ No

If yes, answer the following:

(1) Name of court:    SUPREM COURT OF ILLINOIS

(2) Docket or case number (if you know):    126054 / 1-16-3179.

(3) Result:    DENIED    11/04/2020.

_____

(4) Date of result (if you know):    _____

(5) Citation to the case (if you know):    _____

(6) Grounds raised:    _____

_____

_____

AO 241
(Rev. 10/07)

(h) Did you file a petition for certiorari in the United States Supreme Court?      ☑ Yes    ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):    No. 20-6303..ILSC No.126028

(2) Result: _____

(3) Date of result (if you know):    DENIED.

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?      ☑ Yes    ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:    CIRCUIT COURT OF COOK COUNTY,ILLINOIS.

(2) Docket or case number (if you know):    14 CR 1628701

(3) Date of filing (if you know):    9/28/2020.

(4) Nature of the proceeding:    Failure to argue a reasonable

(5) Grounds raised:    standard at the motion to supress hearing

failure to investigate key area.Failure to

properly advise about the plea agreement  trial court

pre flight checklist, counsel failed to  communinicate

the states guilty plea offer. which should include any

discussion of any sentencing enhancement such as extended

terms any mandatory or discrectinary consecutive sentencing

options and any truth-in-sentencing consideration.

Inquire of the state whether it entered into negotions

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes    ☐ No

(7) Result:    Motion to supress evidence  the rulin was denied.

(8) Date of result (if you know):    7/24/2016.

(b)  If you filed any second petition, application, or motion, give the same information:

(1) Name of court:    COOK COUNTY CIRCUIT COURT,ILLINOIS

(2) Docket or case number (if you know):    14 CR 1628701

(3) Date of filing (if you know):    5/21/2019. 2-1401 petition was file

(4) Nature of the proceeding:    Conviction was void base of class 4

AO 241
(Rev. 10/07)

Page 5

(5) Grounds raised: aggravated unlawful use of weapon by felon offense that was held unconstitutional on people v. Aguilar, 2013 IL 112116. in aguilar. the illinois suprem court held that section 24-1.6(a)(1)(3)(A), the statue violated the right to keep and bear arms as guaranteed by the second amnednent to the United States constitution.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes    ☐ No

(7) Result: Writ of Habeas Corpus Dismissed.

(8) Date of result (if you know): 3/30/2021.

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: COOK COUNTY CIRCUIT COURT, ILLINOIS

(2) Docket or case number (if you know): 14-CR-1628701

(3) Date of filing (if you know): Pending. Successive post-

(4) Nature of the proceeding: The general assembly enacted public act

(5) Grounds raised: 91-404 shceme mandated 15/20/25 add on to my sentence when the legislative has power to fix sentences base off the seperation of power clause, and limit the scope of judicial discrection in imposing a sentence and taking into consideration of the mitiagiting factors as necessary by part sentencing equation of the legislature deems such factors of only aggravating factors is inappriate when compared to the rejected plea offer of 21 years at 50% lesser sever sentence. an void

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

AO 241
(Rev. 10/07)

Page 6

(1) First petition: ☒ Yes ☐ No

(2) Second petition: ☒ Yes ☐ No

(3) Third petition: ☒ Yes ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Third petition successive post conviction pursuant to 725
ILCS 5/122 1-f. was filed 3/22/2022. and is current pending.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Petitioner was denied his federal and state constitution
rights pursuant to the sixth and 14th amendment .

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The congnitve provision under the illinois constitution of
1970, where the trial counsel failed to correctly advise the
petitioner interms of waiving a 21 year plea offer by the
prosecutor, incompletly failed to make known to petitioner the
terms of pre trial pre-flight check list counsel was incompetent
at plea hearing bargain, an negotiations that led to conviction
and a excessive 66 years at 85% petitioner was prejudice by

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c)     Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

AO 241
(Rev. 10/07)

Type of motion or petition: 725 ILCS 5/122 post conviction hearing act

Name and location of the court where the motion or petition was filed: COOK COUNTY CIRCUIT
COURT, ILLINOIS  2650 s. California Ave Chicago IL,60608.

Docket or case number (if you know): 14 CR 1628701

Date of the court's decision: 11/30/2020

Result (attach a copy of the court's opinion or order, if available): Patently without
marit summary dismissal   on all claims.

(3) Did you receive a hearing on your motion or petition?          ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The Appellate Court of
Illinois,Fisrt Judicial District, No 1-21-0113.

Docket or case number (if you know): 14 cr 1628701.

Date of the court's decision: 2/16/2022.

Result (attach a copy of the court's opinion or order, if available): Yes I will attach a copie.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have
used to exhaust your state remedies on Ground One: pro se motion to file instanter
brief for supplemental . pro se motion for reconsideration.
pro se motion to suppress physical evidence. Mfotion in Limine.

GROUND TWO: Direct Appeal issue's  (1) The erraneous denial of
Whatley's motion to suppress was not harmless beyond a reasonable

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
doubt.(2).The trial court committed reversible error by denying
Lamar Whatley's motion to suppress where the state failed to

AO 241
(Rev. 10/07)

demonstrate that the warrantless search of whatley's car was

lawful. (3). Lamar Whatley's 66-year sentence is unconstitutional

as applied to him where the convergence of sentencing statues

required the trial court to imposed, without any meaningful

consideration of either Whatley's individual charactoristics or

(b) If you did not exhaust your state remedies on Ground Two, explain why:    N/A.

the actual facts of the case, what amount to a defecto natural-

life sentence that is so disproportionate to the offender and the

offense as to shock the conscience.

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(4). The warrantless search of Whatley's car was not a proper

inventory search. (5).The trial court committed reversible error

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Pursuant to 725 ILCS 5/122-seq (West 2000)

Name and location of the court where the motion or petition was filed:    Cook County
circuit court/ State Habeas Corpus

Docket or case number (if you know):    14 cr 1628701.

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

COPIE WILL BE ISSUED.

(3) Did you receive a hearing on your motion or petition?    ☒ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Notice of appeal was denied for state habeas corpus an ignor

Docket or case number (if you know):    14 cr 1628701.

AO 241
(Rev. 10/07)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Becouse the trial court dismissed and denied my notice for

appeal and ignored the following claims (1) Sentence is a

de fecto life sentence ;(2) investigate alert;(3)

prosecutorial misconduct; (4)abuse of trial court discretion.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two _____ YES.

Counsel failed to litigate a fourth amendment claim competently

is the principal allegation of ineffectiveness, the petitioner

proved these maritorious claims are reasonable probability

**GROUND THREE:** that the verdict would have been different absent

the excludable evidence in order to counsel unprofessional

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

actions against this rule, the chicago police department has a

system were a officer reports a suspected crime to his or her

supervisor not a judge if the supervisor agree that there is

probable cause, an investigative alert gose out odreing the

arrest without the one thing the framers of illinois constituiton

thought most essential the presentation of a sworn facts to a

(b) If you did not exhaust your state remedies on Ground Three, explain why: judge, under the state

constitutions search and seizure clause, the mere of an executive

branch officials fails on its own as a neutral magistrate became

the paradigm of investigative propriety U.S. Const 4th Amend

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to raise.

the trial outcome would have been different had pre-trial

counsel argued Article 1,section 6 at motion hearing to

(d)  **Post-Conviction Proceedings:** suppress the gun found bases of the search.

AO 241
(Rev. 10/07)

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _725 ILCS 5/122-seq-1 (West 2000) Post-_

Name and location of the court where the motion or petition was filed: _cook county._

Docket or case number (if you know): _14 cr 1628701._

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _IN THE APPELLATE COURT_
_OF ILLINOIS FIRST DISTRICT._

Docket or case number (if you know): _No.1-21-0113,2022 IL App_

Date of the court's decision: _(1)st 210113-u..._

Result (attach a copy of the court's opinion or order, if available): _____

_appellate defender only raised self-defense claim on_
_post conviction apppeal and not the other several claims._

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Counsel was infective assistance of counsel for_
_failing to present the remaining issues from the_
_actual post convtion petition._

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground _The eigth Amendment,_

Three: _applicable to the state via the fourth Amendment_,

_prohibits "cruel unusual punishments." U.S. Const. 8th and 14th Amond_

**GROUND FOUR:** _the concept of proportionality is central to the eight_
_amendment such as, 8th amendment embodies the basic principle_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 10/07)

that criminal punishment should be graduated and proportioned

to both the offender and the offense,Similarily, the

proportionate penalties clause of the Illinois Constitution

provides that all penalties shall be determined both according to

the seriousness of the offense and with the objective of

restoring the offender to useful citizenship. However the

Illinois Suprem Court has been inconsistent as to whether the

(b) If you did not exhaust your state remedies on Ground Four, explain why:     proportinate

penalties clause and eight Amendment are coextensive,(finding the

clause ''went beyond the framers understanding of the eigth

amendment and is not synonymous with that provision  under both

standard  however the statues mandating a de facto enhanced

(c)    **Direct Appeal of Ground Four:** sentence of a 66 years of 85%.

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Even though sentencing does not concern

Name and location of the court where the motion or petition was filed:

the petitioners guilt or innocence, ineffective assistance

Docket or case number (if you know): of counsel during plea hearing  can

Date of the court's decision:    result in prejudice under strickland test

Result (attach a copy of the court's opinion or order, if available):

the federal court, finding that the state appellate court

had unreasonable applied the Const. effective assistence of

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: cook county circuit court...

AO 241
(Rev. 10/07)

counsel , standard laid out in strickland.

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: YES .

*State Habeas Corpus petition # 14 cr 1628701, for immediately release or reduce sentence, Issues Raised (1) Prosecutorial Misconduct, Investigative Alert, (2) Trial court abuse of discretion.*

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes   ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Failing to raise the "STARE DECISIS DOCTRINE", with regard to the court failing to followin prior precedent, no court can veer from precedent without GGOD CAUSE  the court was obligated to to follow BASS.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

There was a fundamental defoult inside the jury panel the venue was tainted at the trial jury selection counsel failed to object to the entire jury panal an file a motion.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☒ Yes   ☒ No

AO 241
(Rev. 10/07)

Page 13

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available. The Suprem court petition for leave
to file appeal, May 20, 2022, docket # 128255, Suprem
Court of Illinois Court Building 200 east Capitol Avenue
springfield, IL, 62701-1721.
Prisoner Review Board, 319 East Madison Suit-A springfield
IL, 62701, Clemency docket # 38388,
Successive Post conviction, Motion to set Aside sentence for
Re-offer.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☒ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    _____

_____

_____

_____

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:    Tyeisha Smith

(b) At arraignment and plea:    Tyeisha Smith.

(c) At trial:    Brian Scannlon

(d) At sentencing:    Brian Scannlon

(e) On appeal:    Brian Carroll

(f) In any post-conviction proceeding:    Pre se.

(g) On appeal from any ruling against you in a post-conviction proceeding:    Sean Collins.

_____

_____

AO 241
(Rev. 10/07)

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes      ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes      ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court,
if the right has been newly recognized by the Supreme Court and made retroactively applicable to
cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

Page 15

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Reduce Sentence,*

*re-offer the plea of 21 years at 50%*
*reduce Attempt murder statue to Aggravated battery "x" /linear*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____/_____/_____ (month, date, year).

Executed (signed) on _____ (date).

*Lamar Edmond*
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____